UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

**DONNELL MOTEN,**

  **Plaintiff,**

 v.                 Case No. 19-CV-908

**INSINKERATOR**
**A Division of Emerson Electric Co.**

  **Defendants.**

### DECISION AND ORDER ON MOTION FOR ATTORNEY'S FEES

  On January 27, 2020, defendant Insinkerator filed a motion to compel plaintiff Moten's discovery responses. (Docket # 26.) The motion included a request for attorney's fees and costs related to its efforts to obtain discovery since October 31, 2019. (*Id.*) At a hearing on February 12, 2020, I ordered the parties to confer and file a stipulation regarding payment of the fees and costs, or the Defendant to submit a fee petition by March 12, 2020. (Docket # 31.) On March 12, 2020, counsel for Insinkerator filed a motion for attorney's fees summarizing the parties' communications and explaining that the parties could not stipulate to a reasonable amount. (Docket # 32.) Counsel submitted a detailed summary of related fees and costs amounting to $9,530.00. (Docket # 32, 33.) Notwithstanding this amount, Insinkerator requested an award of only $4,000.00. (Docket # 32 at 6.) Moten did not respond to the motion.

  As the motion for attorney's fees is unopposed, and I find $4,000.00 to be a reasonable award, **IT IS HEREBY ORDERED** that Insinkerator's motion for attorney's fees (Docket #

32) is **GRANTED**. Moten shall pay Insinkerator's reasonable costs and attorney's fees associated with obtaining discovery in the amount of $4,000.00,

Dated at Milwaukee, Wisconsin this 16th day of April, 2020.

BY THE COURT

s/ *Nancy Joseph*
NANCY JOSEPH
United States Magistrate Judge